# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### JUDGMENT RENDERED DECEMBER 23, 2015

### NO. 03-15-00701-CV

**Derek R. Van Gilder, Individually and as Trustee of The Carol H. Noble Trust; and Chuck Ryan, Individually and as Successor Trustee of The Carol H. Noble Trust, Appellants**

**v.**

**Rosanna Abreo, Permanent Guardian of the Estate of Carol H. Noble, an Incapacitated Person; and Kelli Mercer, Appellees**

**APPEAL FROM THE 21ST DISTRICT COURT OF BASTROP COUNTY BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND FIELD DISMISSED ON APPELLANTS' MOTION -- OPINION BY JUSTICE FIELD**

This is an appeal from the interlocutory order signed by the trial court on October 19, 2015. Appellants' have filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.